IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GLENDALE STEWART; and THE FAMILY OF ROSIE M. STEWART-WATKINS**                                    **PLAINTIFFS**

V.                                                          NO. 4:23-CV-213-DMB-DAS

**GOLDEN AGE, INC.; and MS. VERA THOMPSON**                                                **DEFENDANTS**

## ORDER

On November 17, 2023, due to jurisdictional deficiencies in the complaint, the Court ordered the plaintiffs to show cause within fourteen days why this case should not be dismissed for lack of subject matter jurisdiction.[1]  Doc. #7.  Because the plaintiffs did not respond to the show cause order or otherwise cure the complaint's jurisdictional deficiencies, this case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**SO ORDERED**, this 5th day of December, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] The complaint asserts diversity jurisdiction, *see* Doc. #1 at 6, but fails to sufficiently allege the citizenship of Glendale Stewart and Vera Thompson and further fails to allege complete diversity, *see* Doc. #7 at 2.